Larissa A. Branes, Esq. (SBN 245875)
Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax:   (949) 379-2610
E-mail: l.branes@geracillp.com

Attorneys for Non-Party Lienholder,
Cavalier Asset Group, LLC

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-157-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 3788 DUNN ROAD, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-033-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 3650 DELIN WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-027-005-000, INCLUDING ALL APPURTENANCES AND | Case No.  2:18-CV-00747-KJM-CKD<br><br>**ORDER APPROVING STIPULATION FOR LEAVE TO FILE AMENDED ANSWER OF CLAIMANT, CAVALIER ASSET GROUP, LLC, TO COMPLAINT FOR FORFEITURE OF REAL PROPERTY**<br><br>Complaint Filed: April 3, 2018<br>Trial Date:       None Set |

1

ORDER APPROVING STIPULATION FOR LEAVE TO FILE AMENDED ANSWER OF CLAIMANT,
CAVALIER ASSET GROUP, LLC, TO COMPLAINT FOR FORFEITURE OF REAL PROPERTY

IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 11635 MILTON ROAD, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-035-037-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 6365 HIRONYMOUS WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 073-015-002-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8914 GREER WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-039-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8786 GREER WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-039-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8456 BALDWIN STREET, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-035-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

ORDER APPROVING STIPULATION FOR LEAVE TO FILE AMENDED ANSWER OF CLAIMANT, CAVALIER ASSET GROUP, LLC, TO COMPLAINT FOR FORFEITURE OF REAL PROPERTY

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

| | |
|---|---|
| | REAL PROPERTY LOCATED AT 6199 HIGHWAY 26, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 073-013-005-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| | REAL PROPERTY LOCATED AT 6048 AMOS LANE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 048-025-287-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| | REAL PROPERTY LOCATED AT 2852 HOFFMAN DRIVE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-018-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| | REAL PROPERTY LOCATED AT 2838 HOFFMAN DRIVE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-018-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| | Defendants. |

The Court has read and considered the Stipulation for Leave to File Amended Answer of Claimant, Cavalier Asset Group, LLC to Complaint for Forfeiture of Real Property filed June 28, 2018 as Docket No. 44 ("the Stipulation") by Claimant,

3

ORDER APPROVING STIPULATION FOR LEAVE TO FILE AMENDED ANSWER OF CLAIMANT, CAVALIER ASSET GROUP, LLC, TO COMPLAINT FOR FORFEITURE OF REAL PROPERTY

Cavalier Asset Group, LLC ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant shall file the amended answer in the above-reference case within 5 days of entry of this Order.

**IT IS SO ORDERED.**

DATED: July 18, 2018.

_____
UNITED STATES DISTRICT JUDGE

4

ORDER APPROVING STIPULATION FOR LEAVE TO FILE AMENDED ANSWER OF CLAIMANT, CAVALIER ASSET GROUP, LLC, TO COMPLAINT FOR FORFEITURE OF REAL PROPERTY