McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18−CV−00747−KJM−CKD |
| Plaintiff, | |
| v. | *AMENDED* STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-057-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 3788 DUNN ROAD, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-033-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 3650 DELIN WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-027-005-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 11635 MILTON ROAD, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-035-037-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

REAL PROPERTY LOCATED AT 6365 HIRONYMOUS WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 073-015-002-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8914 GREER WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-039-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8786 GREER WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-039-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8456 BALDWIN STREET, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-035-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 6199 HIGHWAY 26, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 073-013-005-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 6048 AMOS LANE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 048-025-287-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 2852 HOFFMAN DRIVE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-018-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

REAL PROPERTY LOCATED AT 2838 HOFFMAN DRIVE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-018-015-000, INCLUDING ALL

| | |
|---|---|
| 1 | APPURTENANCES AND IMPROVEMENTS THERETO, |
| 2 | |
| 3 | Defendants. |

The United States and Claimants Hai Xia Zhang, Yu Ying Cai, Dong Jin Zhang, Fang Li, Feng Shan Lin, Dong Ju Zheng, Dong Liang Yang, Zhao Hong Li, Meiling Li, Cavalier Asset Group, LLC, and Signet Management LLC hereby stipulate that a stay is necessary in the above-entitled action and request that the Court enter an order staying all further proceedings until the resolution of the related criminal cases, <u>United States v. Leonard Yang, et al.</u>, Case 2:16-CR-00189-KJM and <u>United States v. Xiu Ping Li, et al.</u>, Case No. 2:17-CR-00136-KJM.

1. This is a forfeiture *in rem* action against twelve properties pursuant to 21 U.S.C. § 881(a)(7) because they were allegedly used to commit or facilitate violations of federal drug laws:

   a. Real Property located at 8911 Highway 49, Mokelumne Hill, California, the "*Defendant Highway 49.*" Hai Xia Zhang has filed a claim asserting an ownership interest in defendant Highway 49. Jadhav Family Trust filed a claim asserting a lienholder interest in defendant Highway 49. This property was sold resulting in net proceeds of $519.96 and satisfaction of Jadhav Family Trust's loan.[1] The $1,557.87 in net proceeds shall be substituted for the defendant Highway 49.

   b. Real Property located at 3788 Dunn Road, Valley Springs, California, the "*Defendant Dunn Road.*" Yu Ying Cai has filed a claim asserting an ownership interest in defendant Dunn Road. Cavalier Asset Group, LLC filed a claim asserting a lienholder interest in defendant Dunn Road.

   c. Real Property located at 3650 Delin Way, Valley Springs, California, the "*Defendant Delin Way.*" Dong Jin Zhang has filed a claim asserting an ownership interest in defendant Delin Way. Val-Chris Investments, Inc. filed a claim asserting a lienholder interest in defendant Delin Way. This property was sold resulting in net proceeds of $519.96 and satisfaction of Val-Chris Investments, Inc.'s loan.[2] The $519.96 in net proceeds shall be substituted for the defendant Delin Way.

   d. Real Property located at 11635 Milton Road, Valley Springs, California, the "*Defendant Milton Road.*" Fang Li has filed a claim asserting an ownership interest in defendant Milton Road. This property was sold resulting in net proceeds of $76,873.69 and the net proceeds shall be substituted for the defendant Milton Road.

---

[1] Accordingly, Jadhav Family Trust no longer has an interest in Defendant Highway 49 property.
[2] Accordingly, Val-Chris Investment Inc. no longer has an interest in Defendant Delin Way property.

e. Real Property located at 6365 Hironymous Way, Valley Springs, California, the "*Defendant Hironymous Way.*" Feng Shan Lin has filed a claim asserting an ownership interest in defendant Hironymous Way. This property was sold resulting in net proceeds of $20,873.69 and the net proceeds shall be substituted for the defendant Hironymous Way.

f. Real Property located at 8914 Greer Way, Valley Springs, California, the "*Defendant 8914 Greer Way.*" Xiuzhu Yang has filed a claim asserting an ownership interest in defendant 8914 Greer Way.

g. Real Property located at 8786 Greer Way, Valley Springs, California, the "*Defendant 8786 Greer Way.*" Dong Ju Zheng has filed a claim asserting an ownership interest in defendant 8786 Greer Way. This property was sold resulting in net proceeds of $44,847.66 and the net proceeds shall be substituted for the defendant 8786 Greer Way.

h. Real Property located at 8456 Baldwin Street, Valley Springs, California, the "*Defendant Baldwin Street.*" Dong Liang Yang has filed a claim asserting an ownership interest in defendant Baldwin Street.

i. Real Property located at 6199 Highway 26, Valley Springs, California, the "*Defendant Highway 26.*" Xiulan Yang, the owner of the property, did not file a claim asserting an ownership interest in defendant Highway 26 property and was defaulted on July 24, 2018. Signet Management, LLC filed a claim asserting a lienholder interest in defendant Highway 26.

j. Real Property located at 6048 Amos Lane, Valley Springs, California, the "*Defendant Amos Lane.*" Zhao Hong Li has filed a claim asserting an ownership interest in defendant Amos Lane. Signet Management, LLC filed a claim asserting a lienholder interest in defendant Amos Lane. This property was sold resulting in net proceeds of $11,408.12 and satisfaction of Signet Management, LLC's loan.[3] The $11,408.12 in net proceeds shall be substituted for the defendant Amos Lane.

k. Real Property located at 2838 & 2852 Hoffman Drive, Valley Springs, California, the "*Defendant Hoffman Drive.*" Meiling Li has filed a claim asserting an ownership interest in defendant Hoffman Drive. This property was sold resulting in net proceeds of $20,576.00 and the net proceeds shall be substituted for the defendant Hoffman Drive.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant properties were used and intended to be used to commit or facilitate violations of federal drug laws in violation of 21 U.S.C. §§ 841 *et seq*. Claimants deny these allegations.

3. To date, several individuals have been charged with federal crimes related to marijuana

---

[3] Accordingly, Signet Management, LLC no longer has an interest in Defendant Amos Lane property.

manufacturing and distribution in United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant properties. Nevertheless, the United States intends to depose claimants (and others) regarding their ownership of the defendant properties, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant properties, as well as the circumstances behind the purchase of the properties. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Federal Bureau of Investigation ("FBI"). Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal cases. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

6. If any of the defendant properties go into default, the parties reserve the right to seek all avenues of redress to preserve the real properties, including filing a motion for interlocutory sale or seeking a receiver appointment to collect rents and maintain the properties.

Dated:  8/1/2018                                             McGREGOR W. SCOTT
                                                             United States Attorney


                                                    By:      /s/ Kevin C. Khasigian
                                                             KEVIN C. KHASIGIAN
                                                             Assistant U.S. Attorney

*Amended* Stipulation to Stay Further Proceedings
and Order

Dated: 7/31/2018  /s/ N. Allen Sawyer
N. ALLEN SAWYER
Attorney for Claimants Hai Xia Zhang, Dong Jin Zhang, Feng Shan Lin, Zhao Hong Li and Meiling Li

Dated: 8/2/2018  /s/ Larissa L. Branes
LARISSA L. BRANES
Attorney for Claimant Cavalier Asset Group, LLC

Dated: 7/30/2018  /s/ Robert J. Saria
ROBERT J. SARIA
Attorney for Claimant Yu Ying Cai

Dated: 7/31/2018  /s/ Linda Parisi
LINDA PARISI
Attorney for Claimants Fang Li, Xiuzhu Yang, and Dong Ju Zheng

Dated: 7/31/2018  /s/ Terry R. Hunt
TERRY R. HUNT
Attorney for Claimant Dong Liang Yang

Dated: 7/30/2018  /s/ Michael J. Gilligan
MICHAEL J. GILLIGAN
Attorney for Claimant Signet Management LLC

## ORDER

For the reasons set forth above, this matter is stayed under 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal cases. The parties shall file a joint status report within 30 days of the conclusion of the parallel criminal cases, or as the court deems appropriate.

IT IS SO ORDERED.

DATED: August 6, 2018.

_____
UNITED STATES DISTRICT JUDGE

6
*Amended* Stipulation to Stay Further Proceedings and Order