Larissa A. Branes, Esq. (SBN 245875)
Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax:   (949) 379-2610
E-mail: l.branes@geracillp.com

Attorneys for Non-Party Lienholder,
Cavalier Asset Group, LLC

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-157-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 3788 DUNN ROAD, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-033-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 3650 DELIN WAY, VALLEY SPRINGS, CALIFORNIA, | Case No.  2:18-CV-00747-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, CAVALIER ASSET GROUP, LLC**<br><br>Complaint Filed:  April 3, 2018<br>Trial Date:          None Set |

CALAVERAS COUNTY, APN: 072-027-005-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 11635 MILTON ROAD, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-035-037-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 6365 HIRONYMOUS WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 073-015-002-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8914 GREER WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-039-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8786 GREER WAY, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-039-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 8456 BALDWIN STREET, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 070-

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, CAVALIER ASSET GROUP, LLC

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

035-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 6199 HIGHWAY 26, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 073-013-005-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 6048 AMOS LANE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 048-025-287-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 2852 HOFFMAN DRIVE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-018-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

REAL PROPERTY LOCATED AT 2838 HOFFMAN DRIVE, VALLEY SPRINGS, CALIFORNIA, CALAVERAS COUNTY, APN: 072-018-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

     Defendants.

///

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, CAVALIER ASSET GROUP, LLC

**IT IS HEREBY STIPULATED** by and between claimant, Cavalier Asset Group, LLC ("Claimant"), by and through its undersigned counsel, Larissa A. Branes, Esq. of Geraci Law Firm, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 3788 Dunn Rd., Valley Springs, California 95252 ("Defendant Dunn Rd."), which maintains the following legal description:

> Real Property in the unincorporated area of the County of Calaveras, State of California, described as follows:
> LOT NO. 2307 AS SAID LOT IS SHOWN ON THAT CERTAIN MAP ENTITLED "RANCHO CALAVERAS, TRACT NO. 179, UNITS 8 AND 9" FILED FOR RECORD NOVEMBER 20, 1967 IN BOOK 3 OF MAPS, PAGE 11 IN THE OFFICE OF THE COUNTY RECORDER OF CALAVERAS COUNTY, CALIFORNIA.
> APN: 072-033-018;

2. The loan has since been satisfied and Claimant no longer has an interest in Defendant Dunn Rd.;

3. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on June 15, 2018 [Dk. 38] and its answer filed in the above-captioned case on July 19, 2018 [Dk. 62] with respect to the Defendant Dunn Rd.;

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, CAVALIER ASSET GROUP, LLC

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Dunn Rd. is the *in rem* defendant.

5. Each party hereto is to bear its own costs; and

6. Claimant is hereby removed from the Service List for the above-captioned case.

Date: March 5, 2019            **GERACI LAW FIRM**

By:    /s/ Larissa A. Branes
Larissa A. Branes, Esq.
Amy E. Martinez, Esq.
Alexa P. Stephenson, Esq.
Attorneys for Non-Party Lienholder,
Cavalier Asset Group, LLC

Date: March 5, 2019            **MCGREGOR W. SCOTT**
United States Attorney

By:    /s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant United States Attorney

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by Cavalier Asset Group, LLC ("the Stipulation") by Claimant, Cavalier Asset Group, LLC ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claim filed in the above-captioned case on June 15, 2018 [Dk. 38] is hereby deemed withdrawn.

3. Claimant's answer filed in the above-captioned case on July 19, 2018 [Dk. 62] is hereby deemed withdrawn.

4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: March 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, CAVALIER ASSET GROUP, LLC