EDWARD T. WEBER, ESQ. #194963
LAW OFFICES OF EDWARD T. WEBER
17151 Newhope Street, Suite 203
Fountain Valley, CA 92708
Telephone: (657) 235-8359
Facsimile: (714) 459-7853
E-Mail: ed@eweberlegal.com

Attorneys for Mortgagee/Lienholder/Claimant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CA 95245, CALAVERAS COUNTY, APN: 018-019-057-000 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.<br><br>Defendant. | No.: **2:18-cv-00747-KJM-CKD**<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, REENA JADHAV, TRUSTEE OF THE JADHAV FAMILY TRUST; ORDER** |

**IT IS HEREBY STIPULATED** by and between claimant, **Reena Jadhav, Trustee of The Jadhav Family Trust** ("Claimant"), by and through her undersigned counsel, Edward T. Weber, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 8911 HIGHWAY 49, MOKELUMNE HILL, CA 95245, CALAVERAS COUNTY, APN: 018-019-057-000.

2. Claimant filed an answer to the complaint in this case on 5/22/2018.

1

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF REENA JADHAV, TRUSTEE OF THE JADHAV FAMILY TRUST

3. The loan has since been satisfied and Claimant no longer has an interest in the defendant real property located at 8911 HIGHWAY 49, MOKELUMNE HILL, CA 95245, CALAVERAS COUNTY, APN: 018-019-057-000.

4. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 22, 2018, with respect to 8911 HIGHWAY 49, MOKELUMNE HILL, CA 95245, CALAVERAS COUNTY property [Dk. 23], and its answer filed in the above-captioned case on May 22, 2018 [Dk. 22].

5. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Real Property Located at 8911 HIGHWAY 49, MOKELUMNE HILL, CA 95245, CALAVERAS COUNTY is the *in rem* Defendant.

6. Each party hereto is to bear its own costs; and

7. Claimant is hereby removed from the Service List for the above-captioned case.

LAW OFFICES OF EDWARD T. WEBER

Dated: September 3, 2019   By:   /s/ Edward T. Weber
                                 EDWARD T. WEBER, ESQ.
                                 Attorneys for Lienholder/Claimant


McGREGOR W. SCOTT
UNITED STATES ATTORNEY

Dated: September 3, 2019         /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney
                                 (Authorized by email)

2
STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF REENA JADHAV, TRUSTEE OF THE JADHAV FAMILY TRUST

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Verified Claim and Answer by **REENA JADHAV, TRUSTEE OF THE JADHAV FAMILY TRUST** ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. Claimant's claim filed in the above-captioned case on May 22, 2018 [Dk. 23] is hereby deemed withdrawn.
3. Claimant's answer filed in the above-captioned case on May 22, 2018 [Dk. 22] is hereby deemed withdrawn.
4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 3, 2019.

_____
UNITED STATES DISTRICT JUDGE