McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-057-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18−CV−00747-KJM−CKD<br><br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

    The United States and Claimant and Signet Management LLC hereby stipulate and request the Court to lift the stay for the limited purpose of filing a motion for default judgment for real property located at 6199 Highway 26, Valley Springs, California, ("Defendant Highway 26 property"). The parties anticipate that, if granted, the default judgment motion would close the case against Defendant Highway 26. Thus, the stay would no longer be necessary for this property.[1]

    Signet Management LLC filed a claim asserting a lienholder interest in defendant Highway 26 property. No other party has filed a claim asserting an interest in defendant Highway 26 property. Xiulan Yang, the person listed on title, has been served with the complaint and case documents and has

---

[1] The case would remain stayed as to all other *In Rem* Defendants. This request is limited to Defendant Highway 26 in light of the unique circumstance of a person listed on title that has been defaulted and failed to enter this case after being noticed.

1

Stipulation for Partial Lift of Stay and Order

failed to enter the case as required by the forfeiture statutes. Law enforcement executed a state search warrant at 6199 Highway 26 in Valley Springs, California and found an active marijuana grow containing 1,346 marijuana plants, nearly three pounds of processed marijuana, and marijuana grow equipment. Further, Xiulan Yang is presently in default on the loan for the defendant Highway 26 property and the Clerk of the Court entered a Clerk's Default against Xiulan Yang on July 24, 2018.

Dated: 9/17/2019     McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/17/2019     /s/ Michael J. Gilligan
MICHAEL J. GILLIGAN
Attorney for Claimant Signet Management LLC
(Authorized by email)

### ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 6199 Highway 26, Valley Springs, California.

IT IS SO ORDERED.

DATED: September 20, 2019.

_____
UNITED STATES DISTRICT JUDGE