McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00747-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY; CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-057-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Anne Freeman, Trustee, and Xiuzhu Yang, by and through their respective counsel of record, as follows:

1. The pending action against only the real property located at 8914 Greer Way, Valley Springs, California, Calaveras County, APN: 070-039-018-000, shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The real property located at 8914 Greer Way, Valley Springs, California, sold for $285,748.06 at a Trustee's Sale on November 20, 2018. Claimant Anne Freeman's outstanding lien was paid in full from the proceeds of the sale. There were no additional proceeds from the sale of the property.

1

3. The parties are to bear their own costs and attorney fees.

4. There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: 10/22/2019                McGREGOR W. SCOTT
                                 United States Attorney

                      By    /s/ Kevin C. Khasigian
                            KEVIN C. KHASIGIAN
                            Assistant U.S. Attorney

Dated: 8/7/2019                  /s/ Edward T. Weber
                                 EDWARD T. WEBER
                                 Attorney for Claimant Anne Freeman

Dated: 10/22/2019                /s/ Linda M. Parisi
                                 LINDA M. PARISI
                                 Attorney for Claimant Xiuzhu Yang

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed April 3, 2018, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property located at 8914 Greer Way, Valley Springs, California, Calaveras County, APN: 070-039-018-000, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

DATED: October 29, 2019.

_____
UNITED STATES DISTRICT JUDGE