UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018–019–057–0000, et al.,<br><br>Defendants. | No. 2:18-cv-00747-KJM-CKD<br><br><br><br>ORDER |

On November 15, 2019, the magistrate judge filed findings and recommendations (ECF No. 98), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 98) are ADOPTED.

2. Plaintiff United States of America's motion for default judgment (ECF No. 90) is GRANTED, thus extinguishing any right, title, or interest of potential claimant Xiulan Yang in real property located at 6199 Highway 26, Valley Springs, California, Calaveras County, APN: 073-013-005-000, including all appurtenances and improvements thereto.

DATED: January 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE