McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-057-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　　Defendants. | 2:18−CV−00747-KJM−CKD<br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
|---|---|

　　　The United States and Claimant Dong Ju Zheng hereby stipulate and request the Court to lift the stay for the limited purpose of entering a Stipulation for Final Judgment of Forfeiture for the real property located at 8786 Greer Way, Valley Springs, California ("defendant Greer property").  The parties anticipate that the Stipulation for Final Judgment of Forfeiture would complete the forfeiture for the defendant Greer property.

Dated:  11/6/2019　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

///

Dated: 11/6/2019

/s/ Linda M. Parisi
LINDA M. PARISI
Attorney for claimant Wen Hui Lin

**ORDER**

For the reasons set forth above, the stay is partially lifted for the limited purpose of entering a stipulation for final judgment of forfeiture for the real property located at 8786 Greer Way, Valley Springs, California.

IT IS SO ORDERED.

This order resolves ECF No. 102.

Dated: October 1, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE