PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00747-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-057-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Yu Ying Cai, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 3788 Dunn Road, Valley Springs, California, Calaveras County, APN: 072-033-018-000 ("defendant Dunn Road").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Dunn Road.  Thus, the stay would no longer be necessary for this property.[1]

Cavalier Asset Group, LLC filed a Claim and an Answer to the Complaint asserting a lien holder interest in defendant Dunn Road.  Claimant Yu Ying Cai filed a Claim and Answer to the Complaint

---

[1] The case would remain stayed as to the other eight *In Rem* Defendants.  This request is limited to defendant Dunn Road.

regarding defendant Dunn Road.  No other party has filed a claim asserting an interest in defendant Dunn Road.

On December 11, 2018, escrow closed for defendant Dunn Road.  Cavalier Asset Group, LLC was paid in full through escrow.  Cavalier Asset Group, LLC withdrew their Claim and Answer on March 6, 2019.

The United States and claimant Yu Ying Cai have reached a settlement regarding the net proceeds from the sale of the Dunn Road property.


Dated: 12/2/2022                                    PHILLIP A. TALBERT
                                                   United States Attorney

                                         By:       /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney


Dated: 12/10/22                                     /s/ Robert J. Saria
                                                   ROBERT J. SARIA
                                                   Attorney for claimant Yu Ying Cai

                                                   (Signature retained by attorney)




                                    **ORDER**

For the reasons set forth above, the stay is lifted regarding the real property located at 3788 Dunn Road, Valley Springs, California, Calaveras County, APN: 072-033-018-000.

IT IS SO ORDERED.

DATED:  December 22, 2022.


_____
CHIEF UNITED STATES DISTRICT JUDGE