PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-057-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>          Defendants. | 2:18-CV-00747-DJC-CKD<br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

The United States and claimant Dongliang Yang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 8456 Baldwin Street, Valley Springs, California, Calaveras County, APN: 070-035-014-000 ("defendant Baldwin Street"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Baldwin Street. Thus, the stay would no longer be necessary for this property.[1]

Claimant Dongliang Yang filed a Claim and Answer to the Complaint regarding defendant Baldwin Street. No other party has filed a claim asserting an interest in defendant Baldwin Street.

---

[1] The case would remain stayed as to the other seven *In Rem* Defendants. This request is limited to defendant Baldwin Street.

1

Stipulation for Partial Lift of Stay and Order

On October 16, 2018, escrow closed for defendant Baldwin Street. Superior Loan Servicing was paid in full through escrow.

The United States and claimant Dongliang Yang have reached a settlement regarding the net proceeds from the sale of the Baldwin Street property.

Dated: 5/22/2024                      PHILLIP A. TALBERT
                                         United States Attorney

                               By:    /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney

Dated: 5/21/2024                      /s/ Terry R. Hunt
                                         TERRY R. HUNT
                                         Attorney for claimant Dongliang Yang

                                         (Signature approved by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 8456 Baldwin Street, Valley Springs, California, Calaveras County, APN: 070-035-014-000.

    IT IS SO ORDERED

Dated:  May 28, 2024                /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE