ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED AT 8911 HIGHWAY 49, MOKELUMNE HILL, CALIFORNIA, CALAVERAS COUNTY, APN: 018-019-057-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>                Defendants. | 2:18-CV-00747- DJC-CKD<br><br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTY LOCATED AT 11635 MILTON ROAD, VALLEY SPRINGS, CA |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.      This is a civil forfeiture action against twelve real properties, one of which is the real property located at 11635 Milton Road, Valley Springs, California, Calaveras County, APN: 070-035-037-000 ("defendant property").

2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 3, 2018, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3.      On April 27, 2018, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

1

Partial Final Judgment of Forfeiture

4.      Beginning on April 20, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on May 21, 2018.

5.      In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this defendant property:

      a.     Fang Li, and
      b.     Superior Loan Servicing

6.      Claimant Fang Li filed a Claim and an Answer to the Complaint on June 29, 2018.  No other parties have filed claims or answers regarding this defendant property, and the time in which any person or entity may file a claim and answer has expired.

7.      On or about March 29, 2018, escrow closed for the defendant property at 11635 Milton Road, Valley Springs, California, Calaveras County, APN: 070-035-037-000, and the United States seized the net proceeds in the amount of $76,873.69 from Fang Li's bank account pursuant to a federal seizure warrant, which will be substituted in lieu of the real property.  Superior Loan Servicing was paid in full through escrow.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.      Judgment is hereby entered against claimant Fang Li, Superior Loan Servicing, and all other potential claimants who have not filed claims in this action.

2.       Upon entry of this Final Judgment of Forfeiture, $41,873.69 of the Approximately $76,873.69 in net proceeds from the sale of defendant real property located at 11635 Milton Road, Valley Springs, California, Calaveras County, APN: 070-035-037-000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3.      Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $35,000.00 of the Approximately $76,873.69 in net proceeds from the sale of defendant real property located at 11635 Milton Road, Valley Springs, California, Calaveras County, APN: 070-035-037-000,

shall be returned to claimant Fang Li through attorney Linda M. Parisi.

4.     The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed.  Claimant waived the provisions of California Civil Code § 1542.

5.     Claimant waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

6.     All parties are to bear their own costs and attorneys' fees.

7.     The U.S. District Court for the Eastern District of California, Hon. Daniel J. Calabretta, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

8.     Based upon the allegations set forth in the Complaint filed April 3, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 11th day of June, 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3