ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

REAL PROPERTY LOCATED AT 8911
HIGHWAY 49, MOKELUMNE HILL,
CALIFORNIA, CALAVERAS COUNTY, APN:
018-019-057-000, INCLUDING ALL
APPURTENANCES AND IMPROVEMENTS
THERETO, ET AL.,

        Defendants.

2:18-CV-00747- DJC-CKD


FINAL JUDGMENT OF FORFEITURE
RE SIX REAL PROPERTIES

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.    This is a civil forfeiture action against twelve real properties, six of which are the real properties listed below:

    a.  8911 Highway 49, Mokelumne Hill, California, Calaveras County, APN: 018-019-057-000,

    b.  3650 Delin Way, Valley Springs, California, Calaveras County, APN: 072-027-005-000,

    c.  6365 Hironymous Way, Valley Springs, California, Calaveras County, APN: 073-015-002-000,

    d.  6048 Amos Lane, Valley Springs, California, Calaveras County, APN: 048-025-287-000, and

    e.  2852 and 2838 Hoffman Drive, Valley Springs, California, Calaveras County, APNs: 072-018-014-000 and 072-018-015-000 (hereafter "defendant properties").

1

Final Judgment of Forfeiture

2.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 3, 2018, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3.     On April 27, 2018, the defendant properties were posted with a copy of the Complaint and Notice of Complaint.

4.     Beginning on April 20, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on May 21, 2018.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to the defendant properties:

   a.     Hai Xia Zhang,
   b.     Dong Jin Zhang,
   c.     Feng Shan Lin,
   d.     Zhao Hong Li,
   e.     Meiling Li,
   f.     Superior Loan Servicing, and
   g.     Val-Chris Investments, Inc.

6.     Claimant Reena Jadhav, Trustee of the Jadhav Family Trust, filed a Claim, claiming a lien holder interest in the defendant property at 8911 Highway 49, Mokelumne Hill, California, and an Answer to the Complaint on May 22, 2018.  Claimant Hai Xia Zhang filed a Claim, claiming an interest in the defendant property at 8911 Highway 49, Mokelumne Hill, California on May 26, 2018.  Claimant Meiling Li filed a Claim, claiming an interest in the defendant property at 2852 Hoffman Drive, Valley Springs, California on May 26, 2018.  Claimant Zhao Hong Li filed a Claim, claiming an interest in the defendant property at 6048 Amos Lane, Valley Springs, California on May 26, 2018, and an Answer to the Complaint on June 29, 2018.  Claimant Feng Shan Lin filed a Claim, claiming an interest in the defendant property at 6365 Hironymous Way, Valley Springs, California on May 26, 2018, and an Answer to the Complaint on June 29, 2018.  Claimant Dong Jin Zhang filed a Claim, claiming an interest in the defendant property at 3650 Delin Way, Valley Springs, California on May 26, 2018, and an Answer to the Complaint on June 29, 2018.  Claimant Sheryl A. Haushalter, Trustee of the Haushalter Family Trust, filed a Claim, claiming a lien holder interest in the defendant property at 2852

2

Hoffman Drive, Valley Springs, California, and an Answer to the Complaint on July 16, 2018.  No other parties have filed claims or answers regarding these defendant properties, and the time in which any person or entity may file a claim and answer has expired.

7.    On April 30, 2018, escrow closed for the defendant property at 6365 Hironymous Way, Valley Springs, California, Calaveras County, APN: 073-015-002-000, and the United States received a wire transfer in the amount of $18,822.38, which will be substituted in lieu of the real property. Superior Loan Servicing was paid in full through escrow.  On or about June 19, 2018, escrow closed for the defendant property at 6048 Amos Lane, Valley Springs, California, Calaveras County, APN: 048-025-287-000, and the United States received a wire transfer in the amount of $11,408.12, which will be substituted in lieu of the real property.  Superior Loan Servicing was paid in full through escrow.  On June 22, 2018, escrow closed for the defendant property at 8911 Highway 49, Mokelumne Hill, California, Calaveras County, APN: 018-019-057-000, and the United States received a wire transfer in the amount of $1,557.87, which will be substituted in lieu of the real property.  Superior Loan Servicing was paid in full through escrow.  Reena Jadhav, Trustee of the Jadhav Family Trust, withdrew her claim and answer on September 4, 2019.

8.    On July 9, 2018, escrow closed for the defendant property at 3650 Delin Way, Valley Springs, California, Calaveras County, APN: 072-027-005-000, and the United States received a wire transfer in the amount of $887.70, which will be substituted in lieu of the real property.  Val-Chris Investments, Inc. was paid in full through escrow.  On August 2, 2018, escrow closed for the defendant properties at 2852 and 2838 Hoffman Drive, Valley Springs, California, Calaveras County, APNs: 072-018-014-000 and 072-018-015-000, and the United States received a wire transfer in the amount of $23,728.88, which will be substituted in lieu of the real properties.  Superior Loan Servicing was paid in full through escrow.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.    Judgment is hereby entered against claimants Hai Xia Zhang, Dong Jin Zhang, Feng Shan Lin, Zhao Hong Li, Meiling Li, Sheryl A. Haushalter, and all other potential claimants who have not filed claims in this action.

2.      Upon entry of this Final Judgment of Forfeiture, the following amounts of net proceeds from the sale of each defendant real property, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law:

> i.      $779.87 of the $1,557.87 from 8911 Highway 49, Mokelumne Hill, California, Calaveras County, APN: 018-019-057-000,
>
> ii.     $444.70 of the $887.70 from 3650 Delin Way, Valley Springs, California, Calaveras County, APN: 072-027-005-000,
>
> iii.    $9,411.38 of the $18,822.38 from 6365 Hironymous Way, Valley Springs, California, Calaveras County, APN: 073-015-002-000,
>
> iv.     $5,704.12 of the $11,408.12 from 6048 Amos Lane, Valley Springs, California, Calaveras County, APN: 048-025-287-000, and
>
> v.      $11,864.88 of the $23,728.88 from 2852 and 2838 Hoffman Drive, Valley Springs, California, Calaveras County, APNs: 072-018-014-000 and 072-018-015-000.

3.      Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, the following amounts of net proceeds from the sale of each defendant real property, shall be returned to the claimants listed below through attorney N. Allen Sawyer:

> i.      $778.00 of the $1,557.87 from 8911 Highway 49, Mokelumne Hill, California, shall be returned to claimant Hai Xia Zhang,
>
> ii.     $443.00 of the $887.70 from 3650 Delin Way, Valley Springs, California, shall be returned to claimant Dong Jin Zhang,
>
> iii.    $9,411.00 of the $18,822.38 from 6365 Hironymous Way, Valley Springs, California, shall be returned to claimant Feng Shan Lin,
>
> iv.     $5,704.00 of the $11,408.12 from 6048 Amos Lane, Valley Springs, California, shall be returned to claimant Zhao Hong Li, and
>
> v.      $11,864.00 of the $23,728.88 from 2852 and 2838 Hoffman Drive, Valley Springs, California, shall be returned to claimant Meiling Li.

4.      The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way

4

connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, as well as those now known or disclosed.  Claimants waived the provisions of California Civil Code § 1542.

5.      Claimants waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real properties.

6.      All parties are to bear their own costs and attorneys' fees.

7.      The U.S. District Court for the Eastern District of California, Hon. Daniel J. Calabretta, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

8.      Based upon the allegations set forth in the Complaint filed April 3, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 12th day of June, 2026.

Dated:  June 12, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

5

Final Judgment of Forfeiture